**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CHRISTOPHER GORDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  14-CV-1040-JWL/KGG |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff and Defendant, by and through their respective counsel, and hereby stipulate that the above-captioned matter has been resolved and shall be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

**YERETSKY & MAHER, L.L.C.**

By:    /s/ Michael A. Preston
   Gregory F. Maher     KS#11061
   Michael A. Preston     KS#10463
   Christopher C. Confer     KS#21419
7200 W. 132nd Street, Suite 330
Overland Park, KS  66213
Telephone: (913) 897-5813
Facsimile:  (913) 897-6468
gmaher@ymllc.com
mpreston@ymllc.com
cconfer@ymllc.com
**ATTORNEYS FOR DEFENDANT**
**UNION PACIFIC RAILROAD COMPANY**

2

**HOLTSCLAW FIRM**


By:    /s/  Rick D. Holtsclaw
    Rick D. Holtsclaw          KS#70662
2029 Wyandotte, Suite 100
Kansas City, MO  64108
Telephone: (816) 221-2555
Facsimile: (816) 221-221-2508
rick@holtsclawfirm.com
**ATTORNEYS FOR PLAINTIFF**


190/pldgs/stipulation of dismissal